FILED

2007 APR 13 P 2:06

U.S. DISTRICT COURT
BRIDGEPORT, CONN

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | 3:07MJ71 (WIG) |
| v. | : | |
| | : | APRIL 12, 2007 |
| **KEITH IODICE** | : | |

## ORDER

This Court orders that the Defendant, KEITH IODICE, be referred to the proper facility within the Bureau of Prisons for purposes of completing the following tests upon Mr. Iodice:

1. Neuropsychological evaluation;

2. Psycho-Sexual evaluation;

3. Competency evaluation;

4. Medication evaluation;

5 Whatever other evaluations the doctor(s) feel is warranted, with releases to be provided from the Defendant and his family should information be needed from them.

Dated this 13TH day of April, 2007.

BY THE COURT

_____
GARFINKEL, U.S.M.J.